Muhlenberg Hospital and Others v. The Lawyers Title and Trust Company.— Motion for leave to appeal to the Court of Appeals granted. [See 259

App. Div. 238.] Settle order on notice. Present — Martin, P. J., Glennon, Cohn and Callahan, JJ.